THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO MOLINA, Appellant. [869 NYS2d 796]

The defendant was properly adjudicated a level three sex offender, based, inter alia, on clear and convincing evidence of use of a dangerous instrument during the course of his sex offense (*see People v Owusu*, 93 NY2d 398, 400-404 [1999]; *People v Carter*, 53 NY2d 113, 117 [1981]; *People v Williams*, 40 AD3d 402 [2007]; *People v Travis*, 273 AD2d 544, 547 [2000]).

The defendant's remaining contention is unpreserved for appellate review and, in any event, is without merit. Mastro, J.P., Miller, Carni and Chambers, JJ., concur.